# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, | § § § § § | |
| *Petitioner,* | § § | |
| v. | § § | MISC. ACTION NO. 24-mc-8 |
| JOHNSON BROTHERS LIQUOR COMPANY, | § § § § | |
| *Respondent.* | § § | |

## PETITIONER REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY JOHNSON BROTHERS LIQUOR COMPANY

Pursuant to Federal Rule of Civil Procedure 45, Petitioner Republic National Distributing Company, LLC ("RNDC"), respectfully moves for an order compelling Respondent Johnson Brothers Liquor Company ("Johnson Brothers") to comply with the subpoena *duces tecum* served on Johnson Brothers on June 14, 2023 by producing responsive documents to be used in a dispute in connection with *Sazerac Company, Inc. v. Republic National Distributing Company, LLC*, No. 3:23-CV-25-GNS (W.D. Ky.) (the "Underlying Lawsuit"). Johnson Brothers is a non-party to the Underlying Lawsuit.

RNDC has conferred with Johnson Brothers in a good-faith attempt to obtain the requested documents without the Court's intervention. In support of RNDC's Motion, Petitioner will rely upon the accompanying Memorandum of Law and Exhibits attached to the accompanying Memorandum of Law.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  January 29, 2024 | */s/Gerardo Alcazar*<br>Gerardo Alcazar (MN #0386522)<br>Peter Estall (MN #0401256)<br>Gabriel Ramirez-Hernandez (MN #0402020)<br>Norton Rose Fulbright U.S. L.L.P.<br>60 South Sixth Street, Suite 3100<br>Minneapolis, MN  55402<br>Phone: (612) 321-2800<br>Email: gerardo.alcazar@nortonrosefulbright.com<br>peter.estall@nortonrosefulbright.com<br>gabriel.ramirezhernandez@nortonrosefulbright.com<br><br>Richard S. Krumholz *(pro hac vice motion to be filed)*<br>Patrick Doyle *(pro hac vice motion to be filed)*<br>Norton Rose Fulbright U.S. L.L.P.<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201<br>Phone: (214) 855-8000<br>E-Mail: richard.krumholz@nortonrosefulbright.com<br>patrick.doyle@nortonrosefulbright.com<br><br>**Attorneys for Petitioner Republic National Distributing Company, LLC** |