IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, <br><br> *Petitioner,* <br><br> v. <br><br> JOHNSON BROTHERS LIQUOR COMPANY, <br><br> *Respondent.* | MISC. ACTION NO. 24-mc-8 <br><br> **NOTICE OF HEARING ON PETITIONER'S MOTION TO COMPEL** |

**PLEASE TAKE NOTICE** that on a date and time to be determined, undersigned counsel for Petitioner will move the Court for an Order compelling Respondent Johnson Brothers Liquor Company to comply with non-party subpoenas issued in an underlying case, Civil No. 3:23-cv-25 in the Western District of Kentucky.

Respectfully submitted,

Dated:  January 29, 2024

*/s/Gerardo Alcazar*
Gerardo Alcazar (MN #0386522)
Peter Estall (MN #0401256)
Gabriel Ramirez-Hernandez (MN #0402020)
Norton Rose Fulbright U.S. L.L.P.
60 South Sixth Street, Suite 3100
Minneapolis, MN  55402
Phone: (612) 321-2800
Email: gerardo.alcazar@nortonrosefulbright.com
peter.estall@nortonrosefulbright.com
gabriel.ramirezhernandez@nortonrosefulbright.com

Richard S. Krumholz *(pro hac vice motion to be filed)*
Patrick Doyle *(pro hac vice motion to be filed)*
Norton Rose Fulbright U.S. L.L.P.
2200 Ross Avenue, Suite 3600
Dallas, TX 75201

Phone: (214) 855-8000
E-Mail: richard.krumholz@nortonrosefulbright.com
patrick.doyle@nortonrosefulbright.com

***Attorneys for Petitioner Republic National Distributing Company, LLC***