IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, | § § § | COURT FILE NO. 24-mc-8 |
| *Petitioner,* | § § § | RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING PETITIONER'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY JOHNSON BROTHERS LIQUOR COMPANY |
| v. | § § | |
| JOHNSON BROTHERS LIQUOR COMPANY, | § § § § | |
| *Respondent.* | § | |

I, Gerardo Alcazar, certify that Petitioner's Memorandum in Support of Petitioner's Motion to Compel Discovery from Non-Party Johnson Brothers Liquor Company complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in determining the word count.

I further certify that the Memorandum contains 4,587 words.

                                  Respectfully submitted,

Dated: January 29, 2024       */s/Gerardo Alcazar*
                                       Gerardo Alcazar (MN #0386522)
                                       Norton Rose Fulbright U.S. L.L.P.
                                       60 South Sixth Street, Suite 3100
                                       Minneapolis, MN  55402
                                       Phone: (612) 321-2800
                                       Email: gerardo.alcazar@nortonrosefulbright.com

                                       Richard S. Krumholz *(pro hac vice motion to be filed)*
                                       Patrick Doyle *(pro hac vice motion to be filed)*
                                       Norton Rose Fulbright U.S. L.L.P.
                                       2200 Ross Avenue, Suite 3600
                                       Dallas, TX 75201

Phone: (214) 855-8000
E-Mail: richard.krumholz@nortonrosefulbright.com
patrick.doyle@nortonrosefulbright.com

***Attorneys for Petitioner Republic National Distributing Company, LLC***