IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, | § § § § § | |
| *Petitioner,* | § § | |
| v. | § § | COURT FILE NO. 24-mc-8 |
| JOHNSON BROTHERS LIQUOR COMPANY, | § § § § | |
| *Respondent.* | § | |

## DECLARATION OF GERARDO ALCAZAR IN SUPPORT OF PETITIONER'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY JOHNSON BROTHERS LIQUOR COMPANY

I, Gerardo Alcazar, subject to the penalties of perjury, do hereby declare that I am a partner with the law firm Norton Rose Fulbright US LLP, counsel for Petitioner Republic National Distributing Company, LLC ("RNDC"). I am an attorney duly authorized to practice law in the State of Minnesota and am admitted to the United States District Court for the District of Minnesota. I submit this Declaration in support of Petitioner's Motion to Compel Discovery from Non-Party Johnson Brothers Liquor Company.

I declare under penalty of perjury that the following is true and correct:

1. Attached as Exhibit A is a true and correct copy of Petitioner's Rule 45 Subpoena served to Johnson Brothers Liquor Company ("Johnson Brothers") on June 14, 2023.

2. Attached as Exhibit B is a true and correct copy of RNDC's email correspondence with Johnson Brothers's counsel Chadler Hardin most recently dated October 4, 2023.

3. Attached as Exhibit C is a true and correct copy of RNDC's email correspondence with Johnson Brothers' counsel Chadler Hardin most recently dated December 1, 2023.

4. Attached as Exhibit D is a true and correct copy of RNDC's email correspondence with Johnson Brothers' counsel Chadler Hardin most recently dated January 19, 2024.

5. Attached as Exhibit E is a true and correct copy of Plaintiff and Counter-Defendant Sazerac Company, Inc.'s Complaint filed in the underlying lawsuit, *Sazerac Company v. Republic National Distributing Company*, 3:23-CV-00025 (W.D. Ky.).

6. Attached as Exhibit F is a true and correct copy of Defendant and Counter-Plaintiff RNDC's Answer to Sazerac's Complaint, Affirmative and other Defenses, and Counterclaims filed in the underlying lawsuit, *Sazerac Company v. Republic National Distributing Company*, 3:23-CV-00025 (W.D. Ky.).

7. Attached as Exhibit G is a true and correct copy of Plaintiff and Counter-Defendant Sazerac Company, Inc.'s Reply to Counterclaims filed in the underlying lawsuit, *Sazerac Company v. Republic National Distributing Company*, 3:23-CV-00025 (W.D. Ky.).

8. Attached as Exhibit H is a true and correct copy of Johnson Brothers' counsel's letter correspondence to RNDC dated June 28, 2023.

9. Attached as Exhibit I is a true and correct copy of RNDC's email correspondence with Johnson Brothers' counsel Chadler Hardin dated January 24, 2024.

10. Attached as Exhibit J is a true and correct copy of RNDC's email received from Sazerac regarding Sazerac's December 30, 2022 termination notice of RNDC dated December 30, 2022.

11. Attached as Exhibit K is a true and correct copy of RNDC's email correspondence with Johnson Brothers' employees most recently dated February 22, 2023.

This Declaration was executed on the 29th day of January, 2024.

                                                */s/Gerardo Alcazar*
                                                Gerardo Alcazar