# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

REPUBLIC NATIONAL DISTRIBUTING
COMPANY, LLC
_____
                              Petitioner,

vs.                                        Case No. _____24-mc-8_____

JOHNSON BROTHERS LIQUOR
COMPANY
_____

_____

_____

_____

_____
                              Respondent.


## **MEET-AND-CONFER STATEMENT**

I, (name) _Patrick Doyle_____, representing the

(party) _Republic National Distributing Company, LLC_____, hereby certify that:


I met and confered with the opposing party by:

Meeting with: _Chadler M. Hardin, counsel for Johnson Brothers Liquor Company_____ (party/parties or attorney/attorneys you met with)

On: _January 19, 2024_____ (date you met and conferred)

Discussing the following motion:
_Motion to Compel Discovery from Non-Party Johnson Brothers Liquor Company_____ (name of motion discussed).

As a result of the meet-and-confer, the parties:

(Check the box that applies.)

☐ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this <u>29</u> day of <u>January</u>, 20<u>24</u>.

| | |
|---|---|
| Signature of Party | /s/ *Patrick Doyle* |
| Mailing Address | 2200 Ross Avenue, Suite 3600 |
| | Dallas, Texas 75201 |
| | |
| Telephone Number | (214) 855-8000 |

<u>Note</u>:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).

| | |
|---|---|
| Signature of Party | /s/ *Richard Krumholz* |
| Mailing Address | 2200 Ross Avenue, Suite 3600 |
| | Dallas, Texas 75201 |
| | |
| Telephone Number | (214) 855-8000 |

Signature of Party _/s/ Gerardo Alcazar_

Mailing Address 60 South Sixth Street, Suite 3100

Minneapolis, MN 55402

Telephone Number (612) 321-2800

Signature of Party _/s/ Peter Estall_

Mailing Address 60 South Sixth Street, Suite 3100

Minneapolis, MN 55402

Telephone Number (612) 321-2800

Signature of Party _/s/ Gabriel Ramirez-Hernandez_

Mailing Address 60 South Sixth Street, Suite 3100

Minneapolis, MN 55402

Telephone Number (612) 321-2800