## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, | § § § | |
| *Petitioner,* | § § | MISC. ACTION NO. 24-mc-8 |
| v. | § § § | **(PROPOSED) ORDER GRANTING PETITIONER'S MOTION TO COMPEL** |
| JOHNSON BROTHERS LIQUOR COMPANY, | § § § | |
| *Respondent.* | § § | |

Before the Court is Petitioner's Motion to Compel.

Based on the motion papers, exhibits, and argument presented, IT IS HEREBY ORDER THAT Petitioner's Motion to Compel is GRANTED.


BY THE COURT:

Date: _____     _____

Judge, U.S. District Court

1