# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

REPUBLIC NATIONAL
DISTRIBUTING COMPANY, LLC,

            Petitioner,

vs.

JOHNSON BROTHERS LIQUOR
COMPANY,

           Respondent.

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

Case No. 24-mc-8

I hereby certify that on 01/29/2024, I caused the following documents:

1. Republic National Distributing Company, LLC's Motion to Compel Discovery from Non-Party Johnson Brothers Liquor Company

2. Republic National Distributing Company, LLC's Brief in Support of Motion to Compel Discovery from Non-Party Johnson Brothers Liquor Company

3. Corporate Disclosure Statement

4. Civil Cover Sheet

*[Check the box, below, that applies to how you served the above documents.]*

☐ to be filed electronically with the Clerk of Court through ECF and/or

☒ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following: *[List names and addresses of those served by U.S. Mail.]*

**Johnson Brothers Liquor Company, Inc. Attn: Steven Reeves**
**1999 Shepard Road**
**St. Paul, MN 55116**

Date:  January 29, 2024

**s/ Patrick Doyle**

_____

**Signature of filing party**

Patrick Doyle_____
Filer's Typed Name