IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC,<br><br>*Petitioner,*<br><br>v.<br><br>JOHNSON BROTHERS LIQUOR COMPANY,<br><br>*Respondent.* | MISC. CASE NO. 24-MC-8 (JFD)<br><br>**AMENDED NOTICE OF HEARING ON PETITIONER'S MOTION TO COMPEL** |

**PLEASE TAKE NOTICE** that on Thursday, February 22, 2024 at 3:00 PM before the Honorable John F. Docherty in the Edward J. Devitt Courtroom at the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, Petitioner Republic National Distributing Company, LLC will move the Court for an Order compelling Respondent Johnson Brothers Liquor Company to comply with non-party subpoenas issued in an underlying case, Civil No. 3:23-cv-25 in the Western District of Kentucky as requested in Republic National Distributing Company, LLC's Motion to Compel [ECF No. 1].

Respectfully submitted,

Dated: January 31, 2024

*/s/Gerardo Alcazar*
Gerardo Alcazar (MN #0386522)
Peter Estall (MN #0401256)
Gabriel Ramirez-Hernandez (MN #0402020)
Norton Rose Fulbright U.S. L.L.P.
60 South Sixth Street, Suite 3100
Minneapolis, MN  55402
Phone: (612) 321-2800
Email: gerardo.alcazar@nortonrosefulbright.com
peter.estall@nortonrosefulbright.com

1

gabriel.ramirezhernandez@nortonrosefulbright.com

Richard S. Krumholz *(pro hac vice motion pending)*
Patrick Doyle *(pro hac vice motion pending)*
Norton Rose Fulbright U.S. L.L.P.
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Phone: (214) 855-8000
E-Mail: richard.krumholz@nortonrosefulbright.com
patrick.doyle@nortonrosefulbright.com

***Attorneys for Petitioner Republic National Distributing Company, LLC***