IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC,<br><br>*Petitioner,*<br><br>v.<br><br>JOHNSON BROTHERS LIQUOR COMPANY,<br><br>*Respondent.* | MISC. CASE NO. 24-MC-8 (JFD)<br><br>**SECOND AMENDED NOTICE OF HEARING ON PETITIONER'S MOTION TO COMPEL** |

**PLEASE TAKE NOTICE** that on Thursday, February 22, 2024 at 3:00 PM, before the Honorable John F. Docherty, Petitioner Republic National Distributing Company, LLC will move the Court for an Order compelling Respondent Johnson Brothers Liquor Company to comply with non-party subpoenas issued in an underlying case, Civil No. 3:23-cv-25 in the Western District of Kentucky as requested in Republic National Distributing Company, LLC's Motion to Compel [ECF No. 1]. The hearing will be held with the counsel for the parties attending remotely via videoconference.

Respectfully submitted,

Dated: January 31, 2024

*/s/Gerardo Alcazar*
Gerardo Alcazar (MN #0386522)
Peter Estall (MN #0401256)
Gabriel Ramirez-Hernandez (MN #0402020)
Norton Rose Fulbright U.S. L.L.P.
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
Email: gerardo.alcazar@nortonrosefulbright.com
peter.estall@nortonrosefulbright.com
gabriel.ramirezhernandez@nortonrosefulbright.com

1

Richard S. Krumholz *(pro hac vice motion pending)*
Patrick Doyle *(pro hac vice motion pending)*
Veronica Kendrick (*pro hac vice motion to be filed*)
Norton Rose Fulbright U.S. L.L.P.
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Phone: (214) 855-8000
E-Mail: richard.krumholz@nortonrosefulbright.com
patrick.doyle@nortonrosefulbright.com

***Attorneys for Petitioner Republic National Distributing Company, LLC***